UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLOS HUMBERTO PEREZ, JOSE CARLOS DOS SANTOS RHODES, AND GLAUDECI PATRICO DA SILVA, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

UNIQUE ON THE GO CORP., SARA SANTOS, AND THE HERTZ CORPORATION,

Defendant.

Civil Action No.

**NOTICE OF REMOVAL**

Defendants Unique on the Go Corp. and Sara Santos ("UOTG Defendants"), by and through their attorneys, file this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1441 and 1446, and removes this action from the Superior Court of the Commonwealth of Massachusetts for the County of Essex, where the action is now pending, to the United States District Court for the District of Massachusetts. As grounds for removal, UOTG Defendants state as follows:

1. On June 24, 2025, Plaintiffs Carlos Humberto Perez, Jose Carlos Dos Santos Rhodes, and Glaudeci Patrico Da Silva ("Plaintiffs") commenced a civil action against UOTG Defendants in Essex County Superior Court entitled *Carlos Humberto Perez, Jose Carlos Dos Santos Rhodes, and Glaudeci Patrico Da Silva, on behalf of themselves and others similarly situated v. Unique on the Go Corp., Sara Santos, and The Hertz Corporation,* Civil Action No. 2577CV00673B (the "State Court Action").

2. On August 22, 2025 Plaintiffs filed their First Amended Class and Collective Action Complaint.

2. On September 17, 2025, UOTG Defendants accepted and waived service of the Amended Complaint. Therefore, this Notice of Removal is timely filed. 28 U.S.C. § 1446(b).

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the allegations contained in Plaintiffs' complaint are based on rights and remedies conferred under federal law. *See* Compl. ¶¶ 42-43 and 58-60. Plaintiffs assert claims under the Fair Labor Standards Act pursuant to 29 U.S.C. § 207 and § 216(b), arising out of their relationship with defendants and compensation by same. Thus, this is a civil action over which this Court has original "federal question" jurisdiction under 28 U.S.C. § 1331, in that the action arises under the Constitution, laws, or treaties of the United States.

4. Furthermore, the Court has supplemental jurisdiction over Plaintiffs' state law claims. 28 U.S.C. § 1367(a). Plaintiffs' federal claims and state law claims arise from the same case or controversy because they all stem from the Plaintiffs' alleged relationship with the defendants and compensation by same. Therefore, this Court has supplemental jurisdiction over Plaintiffs' state law claims. 28 U.S.C. § 1367(a).

5. This Notice of Removal is being filed in the District of Massachusetts, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

6. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Complaint and the Tracking Order, which constitutes all process, pleadings, and orders served upon UOTG Defendants to the present date. *See* 28 U.S.C. § 1446(a).

7. A true and complete copy of this Notice of Removal shall be promptly filed this date with the Clerk of Court for Essex County Superior Court in accordance with 28 U.S.C. §

1446(d). A copy of the Notice of Filing of Notice of Removal to the Essex County Superior Court is attached hereto as **Exhibit B**.

8. This Notice of Removal and a Notice of Filing of Notice of Removal have also been served this day via email and first-class mail upon Plaintiffs' counsel of record.

9. Filing this Notice does not constitute a waiver of any right to object to jurisdiction over the person or venue, and UOTG Defendants specifically reserve the right to assert any defense, denial, and/or objection to which they may be entitled.

10. Attached hereto as **Exhibit C** is Defendant The Hertz Corporation's consent to removal.

WHEREFORE, UOTG Defendants respectfully requests that the State Court Action be removed and hereinafter proceed in the United States District Court for the District of Massachusetts.

Dated: October 6, 2025

*<u>/s/ Stephen T. Melnick</u>*
Stephen T. Melnick, Bar No. 667323
smelnick@littler.com
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, Massachusetts 02110
Telephone: 617.378.6000
Facsimile: 617.737.0052

*Attorneys for Unique on the Go Corp. and Sara Santos*

**CERTIFICATE OF SERVICE**

I, Stephen T. Melnick, hereby certify that, on this 6th day of October 2025, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically all registered participants identified on the Notice of Electronic Filing and via email and first-class mail to all non-registered participants identified on the Notice of Electronic:

David D. Dishman, Esq.
DISHMAN LAW, PC
224 Lewis Wharf
Boston, MA 02110
david@dishmanlaw.com

Matthew W. Thomson, Esq.
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
mthomson@llrlaw.com

Molly C. Mooney, Esq.
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
mmooney@seyfarth.com

*/s/ Stephen T. Melnick*
Stephen T. Melnick