**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CARLOS HUMBERTO PEREZ, JOSE CARLOS DOS SANTOS RHODES, and GLAUDECI PATRICO DA SILVA, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNIQUE ON THE GO CORP., SARA SANTOS, and THE HERTZ CORPORATION,<br><br>                    Defendant. | Civil Action No. 1:25-cv-12906-LTS |

## NOTICE OF FILING OPT-IN FORMS

Plaintiffs hereby file the following Opt-in Consent forms, in accordance with 29 U.S.C. § 216(b), in connection with the above-titled and numbered action, attached hereto as Exhibit A[1]:

1.  Peterson Rocha Santos

---

[1]    Street addresses, telephone numbers, and e-mail addresses for these opt-in plaintiffs have been redacted from the filed forms.

Dated: May 28, 2026          Respectfully submitted,

CARLOS HUMBERTO PEREZ, JOSE
CARLOS DOS SANTOS RHODES, and
GLAUDECI PATRICO DA SILVA, on behalf of
themselves and others similarly situated

By their attorneys,

/s/ Matthew W. Thomson
Matthew W. Thomson, Mass. BBO# 682745
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801 (fax)
mthomson@llrlaw.com
.
David D. Dishman (BBO#126210)
DISHMAN LAW, PC
224 Lewis Wharf
Boston, MA 02110
617-523-5252
david@dishmanlaw.com

**Attorneys for the Plaintiffs**

## CERTIFICATE OF SERVICE

I, Matthew W. Thomson, hereby certify that on this 28 May 2026, I filed the forgoing

*Notice of Filing Opt-In Forms* with this Court using the CM/ECF.  This system sends

notifications of such filing and service to all counsel of record.

/s/ Matthew W. Thomson
Matthew W. Thomson

2