IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS HUMBERTO PEREZ, JOSE CARLOS DOS SANTOS RHODES, and GLAUDECI PATRICO DA SILVA, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>UNIQUE ON THE GO CORP., SARA SANTOS, and THE HERTZ CORPORATION,<br><br>   Defendant. | Civil Action No. 1:25-cv-12906-LTS |

## NOTICE OF FILING OPT-IN FORMS

Plaintiffs hereby file the following Opt-in Consent forms, in accordance with 29 U.S.C. § 216(b), in connection with the above-titled and numbered action, attached hereto as Exhibit A[1]:

1.  Giselly Leandro

---

[1] Street addresses, telephone numbers, and e-mail addresses for these opt-in plaintiffs have been redacted from the filed forms.

Dated: June 9, 2026

Respectfully submitted,

CARLOS HUMBERTO PEREZ, JOSE CARLOS DOS SANTOS RHODES, and GLAUDECI PATRICO DA SILVA, on behalf of themselves and others similarly situated

By their attorneys,

/s/ Matthew W. Thomson
Matthew W. Thomson, Mass. BBO# 682745
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801 (fax)
mthomson@llrlaw.com
.
David D. Dishman (BBO#126210)
DISHMAN LAW, PC
224 Lewis Wharf
Boston, MA 02110
617-523-5252
david@dishmanlaw.com

**_Attorneys for the Plaintiffs_**

## CERTIFICATE OF SERVICE

I, Matthew W. Thomson, hereby certify that on this 9 June 2026, I filed the forgoing _Notice of Filing Opt-In Forms_ with this Court using the CM/ECF.  This system sends notifications of such filing and service to all counsel of record.

/s/ Matthew W. Thomson
Matthew W. Thomson

2