**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAROLS HUMBERTO PEREZ, JOSE CARLOS DOS SANTOS RHODES, and GLAUDECI PATRICO DA SILVA, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>vs<br><br>UNIQUE ON THE GO CORP., SARA SANTOS, and THE HERTZ CORPORATION<br><br>Defendants, | No. 1:25-12906-LTS |

## JOINT MOTION TO STAY CASE DEADLINES PENDING MEDIATION

Plaintiffs CAROLS HUMBERTO PEREZ, JOSE CARLOS DOS SANTOS RHODES, and GLAUDECI PATRICO DA SILVA ("Plaintiffs") and Defendants UNIQUE ON THE GO CORP., SARA SANTOS, and THE HERTZ CORPORATION ("Defendants"), by and through their counsel, respectfully request that the Court stay this proceeding and all related and remaining deadlines in this matter pending the outcome of mediation. As grounds for this motion, the Parties state:

1.      On June 25, 2025, Plaintiffs filed their initial complaint in this case in Essex County Superior Court seeking damages arising from allegations of unpaid wages, including overtime wages, in violation of the Fair Labor Standards Act ("FLSA") and Massachusetts wage and hour laws.

2.      On October 6, 2025, Defendants Unique on the Go Corp. and Sara Santos filed a notice of removal of Plaintiff's First Amended Class and Collective Action Complaint ("FAC") in this Court.  Dkt. 1.

3.      Defendants Unique on the Go and Sara Santos filed their Answer to Plaintiffs' FAC on October 14, 2026.  Dkt. 5.  Defendant The Hertz Corporation filed its Answer to Plaintiffs' FAC on October 17, 2026.  Dkt. 11.

4.      On February 12, 2026, the Parties stipulated to issuance of notice pursuant to Section 216(b) of the FLSA.  Dkt. 27.  To date, eleven plaintiffs have opted into this case.  *See* Dkts. 29-35.

5.      The Parties have scheduled a mediation with the Honorable William E. Smith on July 29, 2026.

6.      As a result, the Parties respectfully request that the Court stay this matter and all deadlines pending the outcome of the Parties' mediation.

7.      In order to update the Court regarding the outcome of the mediation, the Parties propose filing a Joint Status Report within one week of the mediation, by August 5, 2026.

8.      Given that the Parties are actively engaged in trying to reach a resolution of this matter, the Parties submit that the requested stay is reasonable and will not prejudice any party.

WHEREFORE, the Parties request that the Court enter an order staying this case and all pending deadlines pending the outcome of mediation.

Dated:  June 17, 2026

Respectfully Submitted,

| | |
|---|---|
| */s/ Matthew W. Thomson (w/permission MCM)* | */s/ Molly C. Mooney* |

David D. Dishman (BBO# 126210)
DISHMAN LAW, PC
224 Lewis Wharf
Boston, MA 02110
617-523-5252
david@dishmanlaw.com

Matthew W. Thomson (BBO # 682745)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801 (fax)
mthomson@llrlaw.com

**COUNSEL FOR PLAINTIFFS**

Molly C. Mooney (BBO No. 687812)
mmooney@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

Kyle A. Petersen (admitted *pro hac vice*)
kpetersen@seyfarth.com
SEYFARTH SHAW LLP
223 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
(312) 460-500

**COUNSEL FOR DEFENDANT THE HERTZ CORPORATION**

/s/ *Lisa Treiber (w/permission MCM)*

Lisa Treiber (BBO# 645855)
Schlossberg, LLC
25 Braintree Hill Park, Suite 401
Braintree, MA 02184
Tel: (781) 848-5028
Fax: (781) 848-5096
ltreiber@schlossbergllc.com

**COUNSEL FOR DEFENDANT UNIQUE ON THE GO CORP. AND SARA SANTOS**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 17, 2026, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Molly C. Mooney*
Molly C. Mooney

3

326647727v.1